1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 | ADAM TORREZ,                      | C 08-1309 TEH (PR)
14 |                                   |
15 |                      Petitioner,  | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**
16 |         v.                        |
17 | MICHAEL MARTEL, Warden,           |
18 |                      Respondent.  |

19

20         For the reasons stated in the accompanying declaration of counsel, respondent hereby

21 requests a sixty-day enlargement of time in which to file its answer or other responsive pleading to

22 the petition for writ of habeas corpus.  As explained in the accompanying declaration, counsel has

23 been briefing other cases with chronological precedence over this case, and has not yet received the

24 entire record of petitioner's state court proceedings.  Counsel is also newly assigned to this case and

25 is unfamiliar with it and its lengthy history.

26         WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

27 time, to and including July 18, 2008, in which to file his answer to the petition for writ of habeas

28 corpus.

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE**
**ANSWER –** *Torrez v. Martel***, C 08-1309 TEH (PR)**             1

1       Dated: May 21, 2008

2                                     Respectfully submitted,

3                                     EDMUND G. BROWN JR.
                                     Attorney General
4                                    DANE R. GILLETTE
                                   Chief Assistant Attorney General
5                                    GERALD A. ENGLER
                                   Senior Assistant Attorney General
6                                    PEGGY S. RUFFRA
                                   Supervising Deputy Attorney General

7

8                                    /s/ Gregory A. Ott
                                   GREGORY A. OTT
9                                    Deputy Attorney General

10                                   Attorneys for Respondent

11

GAO
12  40256558.wpd

APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER – *Torrez v. Martel*, C 08-1309 TEH (PR)     2

1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 |                                      | C 08-1309 TEH (PR)
   | ADAM TORREZ,                         |
14 |                                      | **DECLARATION OF COUNSEL IN**
   |                          Petitioner, | **SUPPORT OF APPLICATION FOR**
15 |                                      | **ENLARGEMENT OF TIME TO**
   |        v.                            | **FILE ANSWER**
16 |                                      |
   | MICHAEL MARTEL, Warden,              |
17 |                                      |
   |                          Respondent. |
18 |                                      |

19

20         I, GREGORY A. OTT, declare under penalty of perjury as follows:

21         I am the California Deputy Attorney General assigned to represent respondent in this case.

22 Respondent's answer was due May 19, 2008, per this Court's March 12, 2007, Order To Show

23 Cause.  I recognize that this request is belated, and apologize to the Court and Petitioner for any

24 inconvenience caused thereby.  I inadvertently failed to calendar my response herein, and just

25 discovered the lapse late yesterday.  I have not previously requested an enlargement of time in this

26 case.

27         According to the petition, Petitioner was convicted in Santa Clara County Superior Court

28 of numerous molestation offenses against two minor victims.  Petition at 1-2.  Petitioner was

1  sentenced on March 3, 2000, to life in prison plus sixty-six years. Petition at 2. He pursued direct
2  and collateral review in state court before filing the instant petition.

3      I request an additional sixty days to file my answer for the following reasons. First, I have
4  not yet turned to this case because I have been briefing other matters with chronological precedence.
5  Specifically, since the issuance of this Court's Order to Show Cause, I have prepared respondent's
6  answers in *Dickson v. Warden*, U.S.D.C., E.D. Cal. No. CIV S-07-1232 LKK KJM P(filed April 4),
7  *Corral v. Warden*, U.S.D.C., N.D. Cal. No. C 07-5383 MJJ (filed March 25), and *Carter v. Warden*,
8  U.S.D.C., E.D. Cal. No. CIV S-07-2471 GEB EFB P (filed May 7). I am currently preparing
9  Appellee's Brief in *Conwell v. Warden*, U.S.C.A. (9th Cir.) No. 07-17059, due June 3 on extension.
10 I also was out of the office for one week in May (7-14).

11     Second, I do not yet have the entire record of petitioner's state proceedings. While I
12 recently received the copy of Petitioner's state direct review, I do not have any portion of the record
13 of Petitioner's related state habeas proceeding and appeal(s) therefrom. Those matters were not
14 handled by this office, but instead by the Santa Clara County District Attorney, as far as I can
15 determine. I am in the process of obtaining a copy of those records.

16     Last, I was only assigned to this case in April, and am unfamiliar with it and its state court
17 history. The attorney who previously handled this matter for Respondent is out of the office on
18 maternity leave.

19     Accordingly, I request that the Court grant respondent to and including July 18, 2008, in
20 which to file its answer or other response to the petition.

21     I declare under penalty of perjury of the laws of the State of California and the United
22 States of America that the foregoing is true and correct. Executed at San Francisco, California on
23 May 21, 2008.

24
25
26                                                 /s/ Gregory A. Ott
                                                GREGORY A. OTT
27                                                 Deputy Attorney General
28

**DECLARATION OF COUNSEL IN SUPPORT OF**
**APPLICATION FOR ENLARGEMENT OF TIME TO FILE**
**ANSWER** – *Torrez v. Martel*, **C 08-1309 TEH (PR)**    2

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ADAM TORREZ,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Warden,<br><br>　　　　　　　　　　Respondent. | C 08-1309 TEH (PR)<br><br>**ORDER** |
|---|---|

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until July 18, 2008, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of service of an answer.

DATED: _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT