IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM TORREZ,

           Petitioner,

   v.

MICHAEL MARTEL,

           Respondent.

NO. C08-1309 TEH

ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME

As Respondent's counsel admits, his application for enlargement of time to file an answer in this case was not filed until two days after the answer was due. Nonetheless, upon review of counsel's declaration, the Court finds good cause to GRANT the application. Respondent shall have until **July 18, 2008,** to file his answer to the petition for writ of habeas corpus. Petitioner may file a traverse within thirty days of service of the answer. Any future requests for enlargements of time shall include a statement of whether opposing counsel consents to the request.

**IT IS SO ORDERED.**

Dated: 05/29/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT