1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA  94102
      Telephone:  (415) 703-5964
8     Fax:  (415) 703-1234
      E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13                                          C 08-1309 TEH (PR)

14  ADAM TORREZ,
                                            **APPLICATION FOR**
15                             Petitioner,   **ENLARGEMENT OF TIME TO**
                                            **FILE ANSWER**
16         v.

17  MICHAEL MARTEL, Warden,

18                             Respondent.

19

20         For the reasons stated in the accompanying declaration of counsel, respondent hereby

21  requests a thirty-day enlargement of time in which to file its answer or other responsive pleading to

22  the petition for writ of habeas corpus.  As explained in the accompanying declaration, counsel is

23  currently briefing this matter, but still not yet received the entire record of petitioner's state court

24  proceedings.  Counsel also will be out of the office and unavailable from July 18 through July 27,

25  2008.

26         Counsel has spoken with John Halley, counsel for petitioner, regarding this request.  Mr.

27  Halley informed counsel he does not object to respondent's request for an additional thirty days.

28

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE**
**ANSWER – *Torrez v. Martel*, C 08-1309 TEH (PR)**          1

1    WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

2    time, to and including August 18, 2008, in which to file his answer to the petition for writ of habeas

3    corpus.

4    Dated:  July 16, 2008

5                                                    Respectfully submitted,

6                                                    EDMUND G. BROWN JR.
                                                     Attorney General
7                                                    DANE R. GILLETTE
                                                     Chief Assistant Attorney General
8                                                    GERALD A. ENGLER
                                                     Senior Assistant Attorney General
9                                                    PEGGY S. RUFFRA
                                                     Supervising Deputy Attorney General
10

11                                                   /s/ Gregory A. Ott
                                                     GREGORY A. OTT
12                                                   Deputy Attorney General

13                                                   Attorneys for Respondent

14
     GAO
15   40256558.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Torrez v. Martel*, **C 08-1309 TEH (PR)**                    2

1   EDMUND G. BROWN JR.
    Attorney General
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   GREGORY A. OTT
    Deputy Attorney General
6   State Bar No. 160803
       455 Golden Gate Avenue, Suite 11000
7      San Francisco, CA  94102
       Telephone:  (415) 703-5964
8      Fax:  (415) 703-1234
       E-mail:  gregory.ott@doj.ca.gov
9   Attorneys for Respondent

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 13 | C 08-1309 TEH (PR) |
| ADAM TORREZ, | |
| 14                              Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |
| 15 | |
| 16       v. | |
| MICHAEL MARTEL, Warden, | |
| 17                              Respondent. | |
| 18 | |

19

20          I, GREGORY A. OTT, declare under penalty of perjury as follows:

21          I am the California Deputy Attorney General assigned to represent respondent in this case.

22   Respondent's answer was due May 19, 2008, per this Court's March 12, 2007, Order To Show

23   Cause.  I recognize that this request is belated, and apologize to the Court and Petitioner for any

24   inconvenience caused thereby.  I inadvertently failed to calendar my response herein, and just

25   discovered the lapse late yesterday.  I have not previously requested an enlargement of time in this

26   case.

27          According to the petition, Petitioner was convicted in Santa Clara County Superior Court

28   of numerous molestation offenses against two minor victims.  Petition at 1-2.  Petitioner was

1  sentenced on March 3, 2000, to life in prison plus sixty-six years.  Petition at 2.  He pursued direct

2  and collateral review in state court before filing the instant petition.

3      I request an additional sixty days to file my answer for the following reasons.  I am

4  currently briefing respondent's answer in this case, but have not yet finished.  I have not, however,

5  received the entire record of petitioner's state proceedings.  While I have the record of petitioner's

6  state direct review, I do not have any portion of the record of petitioner's related state habeas

7  proceeding and appeal(s) therefrom.  Those matters were not handled by this office, but instead by

8  the Santa Clara County District Attorney, as far as I can determine.  I have requested, but have not

9  yet received, a copy of those records.  Until I obtain those materials, I cannot complete respondent's

10  answer.  Last, I will out of the office and unavailable from July 18 through July 27, 2008, on a

11  preplanned vacation.

12      Today I spoke with John Halley, counsel for petitioner, regarding this request.  Mr. Halley

13  told me he does not object to my request for an additional thirty days.

14      Accordingly, I request that the Court grant respondent to and including August 18, 2008,

15  in which to file its answer or other response to the petition.

16      I declare under penalty of perjury of the laws of the State of California and the United

17  States of America that the foregoing is true and correct.  Executed at San Francisco, California on

18  July 16, 2008.

19

20

21              /s/ Gregory A. Ott
                GREGORY A. OTT
22              Deputy Attorney General

23

24

25

26

27

28

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11
12                                              C 08-1309 TEH (PR)
    ADAM TORREZ,
13                                              **ORDER**
                                   Petitioner,
14          v.
15  MICHAEL MARTEL, Warden,
16                                 Respondent.
17

18          GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until

19  August 18, 2008, to file his answer the application for writ of habeas corpus.  If Petitioner wishes

20  to respond to the answer, he shall do so by filing a traverse with the Court and serving it on

21  Respondent within thirty days of service of an answer.

22

23  DATED: _____, 2008.

24                                    _____
                                       THELTON E. HENDERSON, JUDGE
25                                     UNITED STATES DISTRICT COURT

26
27
28