1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13                                          C 08-1309 TEH (PR)

14  ADAM TORREZ,
                                            **APPLICATION FOR**
15                           Petitioner,    **ENLARGEMENT OF TIME TO**
                                            **FILE ANSWER**
16       v.

17  MICHAEL MARTEL, Warden,

18                           Respondent.

19

20          For the reasons stated in the accompanying declaration of counsel, respondent hereby

21  requests a twenty-one-day enlargement of time in which to file its answer or other responsive

22  pleading to the petition for writ of habeas corpus.  As explained in the accompanying declaration,

23  counsel is nearing completion of respondent's answer, and only recently obtained the balance of the

24  record of petitioner's state court proceedings.

25          WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

26  time, to and including September 8, 2008, in which to file his answer to the petition for writ of

27  habeas corpus.

28

1      Dated:  August 19, 2008

2                                              Respectfully submitted,

3                                              EDMUND G. BROWN JR.
                                               Attorney General
4                                              DANE R. GILLETTE
                                               Chief Assistant Attorney General
5                                              GERALD A. ENGLER
                                               Senior Assistant Attorney General
6                                              PEGGY S. RUFFRA
                                               Supervising Deputy Attorney General
7

8                                              /s/ Gregory A. Ott
                                               GREGORY A. OTT
9                                              Deputy Attorney General

10                                             Attorneys for Respondent

11
       GAO
12     40256558.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    EDMUND G. BROWN JR.
     Attorney General
2    DANE R. GILLETTE
     Chief Assistant Attorney General
3    GERALD A. ENGLER
     Senior Assistant Attorney General
4    PEGGY S. RUFFRA
     Supervising Deputy Attorney General
5    GREGORY A. OTT
     Deputy Attorney General
6    State Bar No. 160803
        455 Golden Gate Avenue, Suite 11000
7       San Francisco, CA  94102
        Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
        E-mail:  gregory.ott@doj.ca.gov
9    Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13   |                                    | C 08-1309 TEH (PR)

14   ADAM TORREZ,                           **DECLARATION OF COUNSEL IN**
                                            **SUPPORT OF APPLICATION FOR**
15                        Petitioner,       **ENLARGEMENT OF TIME TO**
                                            **FILE ANSWER**
16        v.

17   MICHAEL MARTEL, Warden,

18                        Respondent.

19

20          I, GREGORY A. OTT, declare under penalty of perjury as follows:

21          I am the California Deputy Attorney General assigned to represent respondent in this case.

22   Respondent's answer is due August 18, 2008, per a ninety-day enlargement of the deadline set forth

23   in this Court's March 12, 2007, Order To Show Cause.  I have previously been granted one sixty-

24   day and one thirty-day enlargement of time in this case.

25          According to the petition, Petitioner was convicted in Santa Clara County Superior Court

26   of numerous molestation offenses against two minor victims.  Petition at 1-2.  Petitioner was

27   sentenced on March 3, 2000, to life in prison plus sixty-six years.  Petition at 2.  He pursued direct

28   and collateral review in state court before filing the instant petition.

1    I request an additional twenty-one days to file my answer for the following reasons. I have

2  briefed four of petitioner's six claims; I have two claims remaining. While I have been working on

3  the instant matter, I have also prepared supplemental briefing in *Bedolla v. Warden*, U.S.D.C., N.D.

4  Cal. No. C 08-172 SI; *Corral v. Warden*, U.S.D.C., N.D. Cal. No. C 07-5383 MJJ; *Bolden v.*

5  *Warden*, U.S.D.C., N.D. Cal. No. C 07-0432 RMW; *Orozco v. Warden*, U.S.D.C., N.D. Cal. No. C

6  07-1174 PJH; and *Randonich v. Warden*, U.S.D.C., N.D. Cal. No. C 07-3730 RMW. Further, I only

7  recently received the balance of record of petitioner's state proceedings. As I explained in my last

8  enlargement request, this office never received the record of those (collateral review) proceedings,

9  as they were handled by the trial prosecutor. I just two weeks ago received the records from the

10  prosecutor, who had to obtain them from their offsite storage.

11    Yesterday, I telephoned and left a message for John Halley, counsel for petitioner,

12  regarding this request. At the time of this submission, I have not received a response from Mr.

13  Halley as to whether he opposes the instant extension request.

14    Accordingly, I request that the Court grant respondent to and including September 8, 2008,

15  in which to file its answer or other response to the petition.

16    I declare under penalty of perjury of the laws of the State of California and the United

17  States of America that the foregoing is true and correct. Executed at San Francisco, California on

18  August 19, 2008.

19

20

21                              /s/ Gregory A. Ott
                              GREGORY A. OTT
22                              Deputy Attorney General

23

24

25

26

27

28

**DECLARATION OF COUNSEL IN SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER – *Torrez v. Martel*, C 08-1309 TEH (PR)**                    2

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

ADAM TORREZ,

13

Petitioner,

14

v.

15

MICHAEL MARTEL, Warden,

16

Respondent.

17

C 08-1309 TEH (PR)

**ORDER**

18

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until

19

September 8, 2008, to file his answer the application for writ of habeas corpus.  If Petitioner wishes

20

to respond to the answer, he shall do so by filing a traverse with the Court and serving it on

21

Respondent within thirty days of service of an answer.

22

23

DATED: _____, 2008.

24

_____

25

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

26

27

28

ORDER – *Torrez v. Martel*, **C 08-1309 TEH (PR)**