IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ADAM TORREZ,

    Petitioner,

v.

MICHAEL MARTEL, Warden,

    Respondent.

C 08-1309 TEH (PR)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until September 8, 2008, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of service of an answer.

DATED: _____08/19_____, 2008.

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

ORDER – *Torrez v. Martel*, C 08-1309 TEH (PR)