1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5964
    Fax: (415) 703-1234
8   E-mail: gregory.ott@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM TORREZ, | C 08-1309 TEH |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

EXHIBIT A   Clerk's Transcript (2 vols.) of trial, *People v. Torrez*, Santa Clara County Superior Court Nos. 198869 & 203442.

EXHIBIT B   Augmentation to Clerk's Transcript (1 vol.) of trial, *People v. Torrez*, Santa Clara County Superior Court Nos. 198869 & 203442.

EXHIBIT C   Reporter's Transcript (7 vols.) of trial, *People v. Torrez*, Santa Clara County Superior Court Nos. 198869 & 203442.

EXHIBIT D   Reporter's Transcript (1 vol.) of Jan. 14, 2000 (new trial motion hearing), *People v. Torrez*, Santa Clara County Superior Court Nos. 198869 & 203442.

EXHIBIT E   Reporter's Transcript (1 vol.) of Feb. 18, 2000 (sentencing), *People v. Torrez*,

| | | |
|---|---|---|
| | | Santa Clara County Superior Court Nos. 198869 & 203442. |
| | EXHIBIT F | Reporter's Transcript (1 vol.) of March 3, 2000 (sentencing), *People v. Torrez*, Santa Clara County Superior Court Nos. 198869 & 203442. |
| | EXHIBIT G | Appellant's Opening Brief, Respondent's Brief, and Appellant's Reply Brief, *People v. Torrez*, California Court of Appeal No. H021287. |
| | EXHIBIT H | Opinion, *People v. Torrez*, California Court of Appeal No. H021287. |
| | EXHIBIT I | Petition For Review and Order denying petition, *People v. Torrez*, California Supreme Court No. S118736. |
| | EXHIBIT J | Clerk's Transcript (1 vol.), *In re Torrez* on Habeas Corpus, Santa Clara County Superior Court Nos. 198869 & 203442. |
| | EXHIBIT K | Confidential/Sealed Clerk's Transcript (1 vol.), *In re Torrez* on Habeas Corpus, Santa Clara County Superior Court Nos. 198869 & 203442. |
| | EXHIBIT L | Reporter's Transcript (5 vols.) (evidentiary hearing on habeas), *In re Torrez* on Habeas Corpus, Santa Clara County Superior Court Nos. 198869 & 203442. |
| | EXHIBIT M | Appellant's Opening Brief, Respondent's Brief, and Appellant's Reply Brief, *In re Torrez* on Habeas Corpus, California Court of Appeal No. H030780. |
| | EXHIBIT N | Opinion, *In re Torrez* on Habeas Corpus, California Court of Appeal No. H030780. |
| | EXHIBIT O | Petition For Review and docket sheet reflecting denial, *In re Torrez* on Habeas Corpus, California Supreme Court No. S158269. |

Dated:  September 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Gregory A. Ott
GREGORY A. OTT
Deputy Attorney General

Attorneys for Respondent