JOHN A. W. HALLEY
Attorney at Law, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Adam Torrez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM TORREZ,<br>    Petitioner<br><br>v.<br><br>MICHAEL MARTEL, Warden,<br>    Respondent | Case No.  C 08-1309 THE (PR)<br><br>ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until December 7, 2008, to file his traverse to the answer of respondent.

Dated: __10/9/08__

_____
THELTON E. _____
JUDGE U._____ COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Thelton E. Henderson]*