IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM TORREZ,

    Petitioner,

v.

MICHAEL MARTEL, Warden,

    Respondent.

NO. C08-1309 TEH (PR)

ORDER TO SHOW CAUSE

The Court is in receipt of Petitioner's Application for Extension of Time of 60 Days to File Reply, filed on October 7, 2009, by Petitioner's counsel John Halley ("Counsel").

More than one year has elapsed since the original deadline set by this Court for the filing of Petitioner's Traverse. The Petition for Writ of Habeas Corpus was filed on March 6, 2008. Respondent filed his Answer six months later, on September 8, 2008, after requesting three enlargements of time. The Court advised Petitioner that if he "wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of service of an answer." August 19, 2008 Order. The original filing deadline for the Traverse was October 8, 2008, 30 days after service of the Answer via the Court's electronic filing system.

The Application presently before the Court is Petitioner's tenth extension request. Petitioner was most recently ordered to file the Traverse no later than October 6, 2009. That

Order explicitly provided that "NO further extensions shall be granted by this Court." September 9, 2009 Order. The instant Application was filed one day after that deadline had passed.

Accordingly, and with good cause appearing, Counsel is HEREBY ORDERED TO SHOW CAUSE as to why an additional extension should be granted in light of the Court's Order barring any further extensions; and why sanctions should not be imposed for Counsel's failure to file the Traverse or the Application for Extension of Time within the deadline set by the Court.

The show cause hearing shall be held on **Monday, October 26, 2009, at 10:00 a.m.** in Courtroom 12, 450 Golden Gate Avenue, San Francisco, California. If Counsel wishes to file a written response, he must do so on or before **Monday, October 19, 2009**. Failure to fully comply with this Order shall result in the imposition of monetary sanctions.

**IT IS SO ORDERED.**

Dated: 10/13/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT